**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 14, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00686-CV

---

**DEAN W. SMITH, M.D. AND EGHTEDAR SADEGHPOUR, M.D., INDIVIDUALLY, AND DERIVATIVELY ON BEHALF OF HOUSTON SURGERY CENTER, L.P., AND OUTPATIENT SPECIALTY SURGERY PARTNERS, L.P., Appellants**

**V.**

**JACK E. JENSEN, M.D., SURGICAL CARE OUTPATIENT ENTERPRISES, L.L.C., ATHLETIC ORTHOPEDIC AND KNEE CENTER, P.A., AND MANAGED REHABILITATION, INC., Appellees**

---

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2018-90730**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed November 22, 2021. On June 23,

2022, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.